Montee Gibson
A-078778342
14105 Castle blvd apt 404,
Silver Spring, MD 20904

JUN 23 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To: The Honorable Judge Paula Xinis

District Court
6500 Cherrywood Lane, Suite 255
Greenbelt, MD 20770

Re: Request for Post-Conviction Relief – Immigration Consequences

Dear Honorable Judge Paula Xinis,

I am writing to respectfully ask the Court to consider my request for post-conviction relief in light of the severe immigration consequences I now face as a result of my conviction in case number [8:19-cr-00356-001 px] for Bank Fraud Conspiracy, on 11/27/2019.

At the time of my plea, I was not fully informed or aware of the devastating immigration consequences my conviction would bring, including the possibility of permanent removal from the United States, a country I have come to know as my home. I now face deportation proceedings, which would separate me from my families who are mostly U.S. citizens and uproot the life I've worked hard to build.

Since my conviction, I have taken full responsibility for my actions. I have made every effort to turn my life around. I no longer work in the financial industry; instead, I found a new sense of purpose through my work in the autism community. Being introduced to this field helped me heal mentally and emotionally, as I discovered how meaningful it is to support others. In September 2023 I became a Certified Registered Behavior Therapist, and since then, I've been working closely with children on the autism spectrum, helping support their

behavioral development. This works brings me immense joy and fulfillment. I cannot imagine being separated from my students or losing the opportunity to continue making a positive impact in their lives,

Since my conviction, I have also been working through my own mental health challenges, including anxiety, depression, and PTSD. These struggles have not been easy, but what has helped me most is the progress I see in my students every day. Witnessing their developmental growth has given me a renewed sense of purpose and has motivated me to push through my own difficulties. It reminds me that showing up as the best version of myself isn't just for me, it's for them. This work has been a source of healing and strength, and I am committed to continuing this positive path.

I am not seeking to avoid accountability but rather asking the Court to allow me a chance to remain with my loved ones and to continue the path of rehabilitation I've worked so hard on. I respectfully ask for relief that would prevent my removal and give me the opportunity to remain in the United States with my family.

Thank you for your time, attention, and consideration of this request. I place my hope in the fairness and compassion of the Court and remain committed to living a law-abiding and productive life.

Sincerely,

*Montee Gibson*
[Your Full Name]

[Signature, if submitting a physical copy]

*M.G.*